UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DANIEL R. WALKER, <br><br> Plaintiff, <br><br> v. <br><br> ENUMCLAW PROPERTY AND CASUALTY INSURANCE COMPANY, <br><br> Defendant. | C20-1812 TSZ <br><br> MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Having weighed the competing interests, Plaintiff's Motion to Stay, docket no. 11, is GRANTED. *See Westridge Townhomes Owners Assoc. v. Great Am. Ins. Co.*, No. C16-1011, 2016 WL 11066578, at *1 (W.D. Wash. Oct. 7, 2016). This matter is STAYED for nine (9) months from the date of this Minute Order. On or before December 20, 2021, the parties shall file a Joint Status Report regarding (i) the status of any adjustment of the claim and (ii) whether the Court should lift or extend the stay.

(2) The parties' stipulation to continue certain pretrial deadlines, docket no. 17, is GRANTED. The Initial Disclosure and Joint Status Report and Discovery Plan deadlines are CONTINUED to three (3) weeks after the expiration of the stay.

(3) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 18th day of March, 2021.

William M. McCool
Clerk

s/Gail Glass
Deputy Clerk

MINUTE ORDER - 1